UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RODY LEROY WILCOX,<br><br>　　　　Defendant. | Case No. 2:24-mj-00190-DKG<br><br>**ORDER TO DISMISS COMPLAINT** |

　　　The Defendant, Rody Leroy Wilcox, was charged by Complaint filed August 15, 2024, with one count of Interstate Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073.  (Dkt. 2.)  The Government has moved to dismiss the Complaint with prejudice because the Defendant has been apprehended from the country of Georgia and is now in custody in Latah County awaiting trial in CR29-23-2963.  (Dkt. 4.)

　　　Therefore, IT IS HEREBY ORDERED, that:

　　　1. The Government's Motion to Dismiss (Dkt. 4) is **GRANTED**; and

　　　2. The Complaint (Dkt. 2) is hereby **DISMISSED** with prejudice.

DATED: May 15, 2025

_____
David C. Nye
Chief U.S. District Court Judge

ORDER TO DISMISS COMPLAINT - 1